# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| JULIE ROSE OSLUND, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:10CV830 |
|  | ) | (TSE/IDD) |
| INOVA HEALTH SYSTEMS | ) | |
| Defendant. | ) | |

## DEFENDANTS' CERTIFICATION OF SERVICE OF OBJECTIONS TO PLAINTIFFS' DISCOVERY REQUESTS

On January 6, 2011, Defendant Inova Health Systems, by counsel, served the following Objections to Plaintiffs discovery requests as evidenced by the certificate of service:

1. Defendant Inova Health Systems' Objections to Plaintiffs First Set of Interrogatories;

2. Defendant Inova Health Systems' Objections to Plaintiffs First Requests For Production of Documents to Defendant.

I hereby certify that on the 6th day of January, 2011, I served the foregoing Objections by mail and facsimile to:

Leizer Z. Goldsmith, Esq.
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
Phone: (202) 895-1506
Facsimile: (202) 318-0798

John R. Ates, Esq.
Ates Law Firm, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Phone: (703) 647-7501
Facsimile: (703) 229-6430
    Attorneys for Plaintiff Julie Rose Oslund

|  | Respectfully submitted, |
|---|---|
|  | INOVA HEALTH SYSTEMS, |
|  | By Counsel |

Date: January 6, 2011
Blankingship & Keith, P. C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
703/691-1235 Telephone
703/691-3913 Facsimile


By:     /s/ Michael L. Chang
    William L. Carey, VSB No. 20715
     bcarey@bklawva.com
    William B. Porter, VSB No. 41798
     wporter@bklawva.com
    Michael L. Chang, VSB No. 70882
     mchang@bklawva.com
    *Counsel for Inova Health System*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of January, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing through the Court's electronic filing system to the following:

Joshua F. Bowers, Esquire
Law Office of Joshua F. Bowers PC
8401 Colesville Road
Suite 300
Silver Spring, Maryland  20910
301-565-0090 Telephone
301-565-0085 Facsimile
jbdclaw@aol.com
*Counsel for Plaintiff*

John R. Ates, Esquire
Ates Law Firm, PC
1800 Diagonal Road
Suite 600
Alexandria, Virginia  22314
703/647-7501 Telephone
703/229-6430 Facsimile
j.ates@ateslaw.com
*Counsel for Plaintiff*

                                      /s/  Michael L. Chang
                                   William B. Porter, Esq.
                                   Virginia State Bar No. 41798
                                   Michael L. Chang, Esq.
                                   Virginia State Bar No. 70882
                                   Blankingship & Keith, P.C.
                                   4020 University Drive, Suite 300
                                   Fairfax, Virginia 22030
                                   Phone: 703-691-1235
                                   Fax: 703-691-3913
                                   mchang@bklawva.com
                                   *Counsel for Inova Health System*